PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Charles Arthur Bishop**

**Docket No. 0:01CR00129-001(DWF)**

**Petition on Supervised Release**

RECEIVED
APR 24 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Charles Arthur Bishop** who was sentenced for Felon in Possession of a Firearm on September 17, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory drug testing
- Drug aftercare
- Abstain from alcohol

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 22, 2008, Mr. Bishop was arrested and charged with Obstructing the Legal Process and Disorderly Conduct. A Duluth police officer observed Mr. Bishop to be intoxicated. Mr. Bishop fell in the street and did not immediately get up. He became upset with the police after they brought him to detox. On April 17, 2008, Mr. Bishop was sentenced in St. Louis County, Duluth, Minnesota, and received a sentence of $410 fine/fees or serve 30 days jail.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, to be completed within six months, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 24th day of April, 2008, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

C: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Matthew T. Whiting
Senior U.S. Probation Officer
Telephone: 218-529-3550

Executed on April 22, 2008
Place Duluth

SCANNED
APR 25 2008
U.S. DISTRICT COURT ST. PAUL