Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Charles Arthur Bishop

Docket No. 0:01CR00129-001

## HEARING WAIVER

I, Charles Arthur Bishop, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 20 hours of community service, as approved by the probation officer, to be completed within six months.

Signed: [signature]
Charles Arthur Bishop

Witness: [signature]
Matthew T. Whiting

Dated: 4/21/08

SCANNED
APR 25 2008
U.S. DISTRICT COURT ST. PAUL